1811.
DECEMBER.

COALE, *et al.* VS. MILDRED's Adm'r.

*Coale*
*vs.*
*Mildred*

*Bonner vs Boyd*

*On a bill filed in chancery in the name of the obligee in a bond, which had been assigned to a third person, who was not made a party in the cause—Held, that the assignee of the bond should have been made a party.*

APPEAL from a decree of the Court of Chancery, annulling certain deeds and declaring them fraudulent as to creditors. The bill of the complainant, (now appellee,) alleged, among other things not material to be stated, a debt due to him on bond, &c. from the ancestor of the defendants, (now appellants,) And it was proved by the testimony in the cause, that the bond was assigned by *W. Cooke*, the attorney of the complainant, to *T. H. Backer*, and by him assigned to *P. Macgill*; neither *Backer* nor *Macgill* were made parties. The chancellor having decreed in favour of the complainant, the defendants appealed to this court.

The cause was argued before BUCHANAN, NICHOLSON, and EARLE, J.

*Martin* and *Magruder*, for the Appellants, contended, that the proper parties were not before the court. That the complainant had no interest, having assigned away the bond to *Backer*, who assigned to *Macgill*. That *Macgill* should have been a party complainant. They referred to *Hind's Chan. Pr. 2.*

*Pinkney*, for the Appellee, admitted that proper parties had not been made.

DECREE REVERSED.